IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01721-BNB

JARED WELSH,

     Plaintiff,

v.

NEIL BISHOP, Personal Capacity,
DAVID WHETHERALD, Personal Capacity,
STEVEN CHIN, Personal Capacity,
DAVID UNDERWOOD, Personal Capacity,
KRISTI GARCIA, Personal Capacity, and
JOHN DOES 1-20,

     Defendants.

_____

ORDER DRAWING CASE

_____

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, this case is being drawn to a district judge and to a magistrate

judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED at Denver, Colorado, this 2nd day of July, 2013.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge