IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01721-BNB

JARED WELSH,

    Plaintiff,

v.

NEIL BISHOP, Personal Capacity,
DAVID WHETHERALD, Personal Capacity,
STEVEN CHIN, Personal Capacity,
DAVID UNDERWOOD, Personal Capacity,
KRISTI GARCIA, Personal Capacity, and
JOHN DOES 1-20,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 2nd day of July, 2013.

                                      BY THE COURT:

                                      *s/Craig B. Shaffer*
                                      Craig B. Shaffer
                                      United States Magistrate Judge